# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV 9293

Date Filed: 10/17/2007

Plaintiff:
**Ramon Berrios, et al, Individually and on Behalf of All Other Persons Similarly Situated**

vs.

Defendant:
**Dynamex, Inc., et al**

For:
Fran Rudich
Locks Law Firm, PLLC
110 East 55th Street
12th Floor
New York, NY 10022

Received by LegalEase Inc. on the 22nd day of October, 2007 at 6:29 pm to be served on **Dynamex, Inc. by delivering to its President, Vice President or Registered Agent, 1870 Crown Drive, Dallas, TX 75234.**

I, Roger D. Harman, being duly sworn, depose and say that on the **23rd day of October, 2007 at 4:08 pm, I:**

delivered a true copy of the **Summons, Complaint and Jury Demand** with the date and hour of service endorsed thereon by me, to: **Sam Hicks** as **Controller - Authorized Agent To Accept Process** for **Dynamex, Inc.**, at the alternate address of: **5429 LBJ Freeway, Suite 1000, Dallas, TX 75240**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 60, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 150, Hair: Gray, Glasses: Y

I am over the age of eighteen (18) years of age and have no interest in the outcome of the above-referenced cause. I have personal knowledge of the facts given; of which all facts being stated herein are true and correct. I am a Certified Process Server, in good standing, in the judicial circuit in which the process was delivered.

Roger D. Harman
SCH 575

Subscribed and Sworn to before me on the 24th day of October, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

LISA BEAVER
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Expires 02-07-2008

LegalEase Inc.
139 Fulton Street
New York, NY 10038
(212) 393-9070

Our Job Serial Number: 2007002853

Service Fee: _____

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2e