UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON BERRIOS and HECTOR AZCONA DIAZ
et al. Individually and on Behalf of All Other
Persons Similarly Situated,

                           Plaintiff,

-against-

DYNAMEX, INC., LANDAUER
METROPOLITAN, INC and DOES 1
Through 100, jointly and severally.

                           Defendants.

Case No.
07 CIV 9293

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Yonkers, NY:

On November 2, 2007 at 4:00 p.m., at One Bradford Road, Mt. Vernon, NY 10553, I served the within SUMMONS and COMPLAINT on LANDAUER METROPOLITAN, INC., defendant therein named, by delivering a true copy of same to JOHN ACCUMANNO, Controller and designated agent.

The person served is a white male, brown/gray hair, 45-55 years old, 5'10"-6'0", 180-190 pounds.

                                                     Caswell Bryan
                                                     License No. 846846

Sworn to before me this
5th day of November 2007

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 2010

LegalEase Inc.

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796