UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
58 South Service Rd., Ste. 410
Melville, New York 11747
(631) 247-0404
        ATTORNEYS OF RECORD:
            PAUL J. SIEGEL (PS2245)
            JEFFREY W. BRECHER, ESQ. (JB 1116)

<u>*VIA ECF*</u>

------------------------------------------------------------x

RAMON BERRIOS and HECTOR
AZCONA DIAZ Individually and on Behalf
of All Other Persons Similarly Situated,

                          Plaintiffs,

        -against-

DYNAMEX, INC., LANDAUER
METROPOLITAN, INC. and DOES 1
through 100, jointly and severally,

                          Defendants.

------------------------------------------------------------x

Civ. No.: 07-CV-9293 (RJS)

<u>**NOTICE OF APPEARANCE**</u>

TO:    FRAN RUDICH, ESQ. (FR 7577)
        LOCKS LAW FIRM, PLLC
        Attorneys for Plaintiff
        110 East 55th Street, 12th Floor
        New York, New York 10022
        (212) 838-3333

        JEFFREY M. GOTTLIEB, ESQ. (JG 7905)
        BERGER & GOTTLIEB
        Attorneys for Plaintiff
        150 East 18th Street, Suite PHR
        New York, New York 10003
        (212) 228-9795

        **PLEASE TAKE NOTICE**, that Defendants hereby appear in the above entitled action, and that the undersigned has been retained as attorneys for said Defendants.

**PLEASE TAKE FURTHER NOTICE** that all documents electronically filed with the Court by Plaintiffs shall be automatically sent to siegelp@jacksonlewis.com and brecherj@jacksonlewis.com.

Dated: Melville, New York
November 28, 2007

                          Respectfully submitted,

                          JACKSON LEWIS LLP
                          *ATTORNEYS FOR DEFENDANT*
                          58 S. Service Road
                          Suite 410
                          Melville, New York 11747
                          Tel.: (631) 247-0404

By: _____*/s/ Paul Siegel*_____
      PAUL J. SIEGEL (PS2245)
      JEFFREY W. BRECHER (JB1116)