Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

RAMON BERRIOS and HECTOR
AZCONA DIAZ, Individually and on Behalf
of All Other Persons Similarly Situated,

                               Plaintiffs,

                -against-

DYNAMEX, INC., LANDAUER
METROPOLITAN, INC. and DOES 1
through 100, jointly and severally,

                              Defendants.

---------------------------------------------------------------x

07 CIV 9293

Sullivan, J

**STIPULATION**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/29/07

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendants, DYNAMEX, INC. and LANDAUER METROPOLITAN, INC ("Defendants"), that the date by which Defendants must answer, move or otherwise respond to the Complaint is hereby extended to **December 12, 2007**

       IT IS ALSO HEREBY STIPULATED AND AGREED that the statute of limitations for any putative member of the collective action, as defined in the Complaint, for claims against Defendants under the Fair Labor Standards Act, is tolled from November 12, 2007 until December 12, 2007, or until Defendant files a response to the Complaint, whichever is earlier

SO AGREED:

LOCKS LAW FIRM, PLLC
Attorneys for Plaintiff
110 East 55th Street, 12th Floor
New York, New York 10022
(212) 838-3333

By: _____
FRAN RUDICH, ESQ (FR 7577)

JACKSON LEWIS LLP
Attorneys for Defendants, DYNAMEX, INC
and LANDAUER METROPOLITAN, INC
58 South Service Road, Suite 410
Melville, NY 11747
(631) 247-0404

By: _____
PAUL J. SIEGEL (PS 2245)

JEFFREY W. BRECHER, ESQ. (JB 1116)

BERGER & GOTTLIEB
Attorneys for Plaintiff
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795

By: _____
JEFFREY M. GOTTLIEB, ESQ.
(JG 7905)

SO ORDERED on this 29th day of November, 2007.

_____
United States District Judge

2