UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANT*
58 South Service Rd., Ste. 410
Melville, New York 11747
(631) 247-0404
    ATTORNEYS OF RECORD:
        PAUL J. SIEGEL (PS2245)
        JEFFREY W. BRECHER, ESQ. (JB 1116)

SHUGHART THOMSON & KILROY
ATTORNEYS FOR DEFENDANT
Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, MO 64105
(816) 374-0565
    ATTORNEY OF RECORD
        JIM SULLIVAN (*Pro Hoc Vice Motion to be Filed*)

<u>**VIA ECF**</u>

------------------------------------------------------------- x

RAMON BERRIOS and HECTOR
AZCONA DIAZ Individually and on Behalf
of All Other Persons Similarly Situated,

                Plaintiffs,

        -against-

DYNAMEX, INC., LANDAUER
METROPOLITAN, INC. and DOES 1
through 100, jointly and severally,

                Defendants.

------------------------------------------------------------- x

Civ. No.: 07-CV-9293

Sullivan, J.

TO:   FRAN RUDICH, ESQ. (FR 7577)
      LOCKS LAW FIRM, PLLC
      Attorneys for Plaintiff
      110 East 55th Street, 12th Floor
      New York, New York 10022
      (212) 838-3333

      JEFFREY M. GOTTLIEB, ESQ. (JG 7905)
      BERGER & GOTTLIEB
      Attorneys for Plaintiff
      150 East 18th Street, Suite PHR
      New York, New York 10003
      (212) 228-9795

## CERTIFICATE PURSUANT TO RULE 7.1 OF THE
## FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, sued as "LANDAUER METROPOLITAN, INC." certify that Defendant is not a subsidiary of any other corporation and no publicly held corporation owns 10% or more of its stock.

Dated: Melville, New York
December 12, 2007

                    Respectfully submitted,

                    JACKSON LEWIS LLP
                    *ATTORNEYS FOR DEFENDANTS*
                    58 South Service Road
                    Melville, New York 11747
                    (631) 247-0404

By: _____
     PAUL J. SIEGEL (PS2245)
     JEFFREY W. BRECHER, ESQ. (JB 1116)

SHUGHART THOMSON & KILROY
ATTORNEYS FOR DEFENDANT
Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, MO 64105
(816) 374-0565

By: _____
     JIM SULLIVAN (*Pro Hoc Vice Motion to be Filed*)

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of December, 2007, I caused a true and correct copy of the enclosed <u>CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE</u>, was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service upon the following parties and participants:

FRAN RUDICH, ESQ. (FR 7577)
LOCKS LAW FIRM, PLLC
Attorneys for Plaintiff
110 East 55th Street, 12th Floor
New York, New York 10022
(212) 838-3333

JEFFREY M. GOTTLIEB, ESQ. (JG 7905)
BERGER & GOTTLIEB
Attorneys for Plaintiff
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795

_____
PAUL J. SIEGEL (PS2245)
JEFFREY W. BRECHER, ESQ. (JB 1116)

3