

Representing Management Exclusively in Workplace Law and Related Litigation

| | |
|---|---|
| Jackson Lewis LLP | ATLANTA, GA / LOS ANGELES, CA / PROVIDENCE, RI |
| 58 South Service Road | BOSTON, MA / MIAMI, FL / RALEIGH DURHAM, NC |
| Suite 410 | CHICAGO, IL / MINNEAPOLIS, MN / RICHMOND, VA |
| Melville, New York 11747 | CLEVELAND, OH / MORRISTOWN, NJ / SACRAMENTO, CA |
| Tel 631 247-0404 | DALLAS, TX / NEW YORK, NY / SAN FRANCISCO, CA |
| Fax 631 247-0417 | DENVER, CO / ORANGE COUNTY, CA / SEATTLE, WA |
| www.jacksonlewis.com | GREENVILLE, SC / ORLANDO, FL / STAMFORD, CT |
| | HARTFORD, CT / PITTSBURGH, PA / WASHINGTON, DC REGION |
| | HOUSTON, TX / PORTLAND, OR / WHITE PLAINS, NY |
| | LONG ISLAND, NY |

MY DIRECT DIAL: (631) 247-4652
MY E-MAIL ADDRESS: BRECHERJ@JACKSONLEWIS.COM

January 30, 2008

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08**

**MEMO ENDORSED**

<u>VIA FEDERAL EXPRESS</u>

Hon. Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007

        Re:    Ramon Berrios and Hector Azcona Diaz v.
                  Dynamex, Inc., Landauer Metropolitan, Inc.
                  07-CV-9293

Dear Judge Sullivan:

        We are writing to request permission for co-counsel to appear telephonically at the initial court conference scheduled for February 5, 2008, at 11:00 a.m. We make this request because co-counsel, Jim Sullivan, an attorney with Shughart Thomson & Kilroy, P.C., is located in Kansas City, Missouri. We, of course, will appear in person. Mr. Sullivan's motion to appear *pro hac vice* will be filed prior to the conference. We are simply waiting for copies of the Certificates of Good Standing from the Courts in which he is admitted.

                  Very truly yours,

                  JACKSON LEWIS LLP

                  Jeffrey W. Brecher

JWB:mf/lg

cc:    Fran Rudich, Esq. *(via Federal Express)*

*Counsel shall call chambers at 212-805-0264*

SO ORDERED
Dated: 1/31/08
RICHARD J. SULLIVAN
U.S.D.J.