UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



**Ramon Berrios,** *Individually and on behalf of all others similarly situated,*

                     **Plaintiffs,**

-v-

**Dynamex, Inc.,**

                     **Defendants.**

07 CV 09293 (RJS)
CASE MANAGEMENT PLAN
AND SCHEDULING ORDER

RICHARD J. SULLIVAN, District Judge:

    At the conference before the Court held on Feb 5, 2008 this Case Management Plan and Scheduling Order was adopted in accordance with Rules 16-26(f) of the Federal Rules of Civil Procedure.

1. All parties (do consent) (do not consent) to trial by Magistrate Judge, pursuant to 28 U.S.C. § 636(c) [circle one]. [If all consent, the remainder of the Plan and Order need not be completed at this time.]

2. This case (is) (is not) to be tried to a jury [circle one].

3. No additional parties may be joined except with leave of the Court.

4. Amended pleadings may not be filed after March 5, 2008, except with leave of the Court.

5. Initial disclosure pursuant to Rules 26(a)(1), Fed. R. Civ. P., will be completed not later than Feb. 5, 2008 [absent exceptional circumstances, within fourteen (14) days of the date of the parties' conference pursuant to Rule 26(f)].

6. All *fact* discovery is to be completed no later than August 5, 2008 [a period not to exceed 120 days unless the Court finds that the case presents unique complexities or other exceptional circumstances].

7. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York; however, for the reasons stated at this conference, Local Rule 33.3(a) will be relaxed to allow for additional and broader initial interrogatories. The following interim deadlines may be extended by the parties on consent without application to the Court, provided the parties meet the fact discovery completion date in paragraph 6 above:

    a. Initial requests for production of documents to be served by February 15, 2008.

    b.    Interrogatories to be served by February 15, 2008.

    c.    Depositions to be completed by August 5, 2008.

        i.    Unless the parties agree or the Court so orders, depositions are not to be held until all parties have responded to initial requests for document production.

        ii.    There is no priority in deposition by reason of a party's status as plaintiff or defendant.

        iii.    Unless the parties agree or the Court so orders, non-party depositions shall follow initial party depositions.

    d.    Requests to Admit to be served no later than July 4, 2008.

8.    All *expert* disclosures, including reports, production of underlying documents and depositions are to be completed by: September 30, 2008.

    a.    Expert(s) of Plaintiff(s) _____.

    b.    Expert(s) of Defendant(s) _____.

9.    All discovery is to be completed no later than September 30, 2008.

10.    The Court will schedule a post-discovery status conference (see ¶ 16) within three weeks of the close of all discovery.

11.    Pre-motion letters regarding dispositive motions, if any, are to be submitted no later than two weeks prior to the post-discovery status conference date listed in ¶ 16. In accord with this Court's Individual Rule 2.A, response letters thereto are to be submitted within three business days from service of the initial pre-motion letter. Pre motion letters by October 1; Response(s) by October 7.

12.    All counsel must meet for at least one hour to discuss settlement not later than two weeks following the close of fact discovery. Accordingly, Counsel for the parties have discussed holding a settlement conference before a Magistrate Judge or the Southern District's Mediation Program and request: [check one]

    a.    __x_____ Referral to a Magistrate Judge for settlement discussions. Magistrate Judge Dolinger shall contact the parties by May 1, 2008.

    b.    _____ Referral to the Southern District's Mediation Program

13.    The parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Practice Rule 3 and Rule 26(a)(3). If this action is to be

        tried before a jury, proposed *voir dire*, jury instructions, and a verdict form shall be filed with the Joint Pretrial Order. Counsel are required to meet and confer on jury instructions and verdict form in an effort to make an agreed upon submission.

14.      Parties have conferred and their present best estimate of the length of trial is five days.

------------------------------------------------------------------------------------

**TO BE COMPLETED BY THE COURT:**

15.      [Other directions to the parties:]

16.      The post-discovery status conference is scheduled for October 16 at 4:30pm.

SO ORDERED.

DATED:    New York, New York
                Feb. 6, 2008

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE