UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

RAMON BERRIOS and HECTOR AZCONA
DIAZ Individually and on Behalf of All Other
Persons Similarly Situated,

                                Plaintiffs,

      -against-

DYNAMEX, INC., LANDAUER
METROPOLITAN, INC. and DOES 1 through
100, jointly and severally,

                                Defendants.

------------------------------------------------------------X

Civ. No.: 07-CV-9293 (RJS)

**[~~PROPOSED~~] ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE**

        Defendants, Dynamex, Inc. and Landauer Metropolitan Inc., having moved under Local 1.3(c) for an order admitting James Sullivan *pro hac vice* to the Bar of this Court to argue and to try the above-captioned matter, and the attorney being a member in good standing of the Bar of the State of Missouri:

        IT IS HEREBY ORDERED that the motion is granted and that James Sullivan is admitted *pro hac vice* to the Bar of this Court.

Dated: New York, New York
          April 29, 2008

_____
JUDGE RICHARD J. SULLIVAN