**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
RAMON BERRIOS and HECTOR AZCONA
DIAZ Individually and on Behalf of All Other
Persons Similarly Situated,

                         Plaintiffs,                **07 CIVIL 9293**

    -against-

DYNAMEX, INC., LANDAUER
METRPOLITAN, INC. and DOES 1 through
100, jointly and severally.

                        Defendants.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ____Fran L. Rudich_____

[x]    *Attorney*

    [x]    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: ___FR7577_____

    [ ]    I am a Pro Hac Vice attorney

    [ ]    I am a Government Agency attorney

*Law Firm/Government Agency Association*

    From: _____LOCKS LAW FIRM PLLC_____

    To: _____KLAFTER, OLSEN & LESSER LLP_____

[x]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.

[x]    *Address:* ___Klafter, Olsen & Lesser LLP/1311 Mamaroneck Avenue, Suite 220/ White Plains, NY, 10605

[x] *Telephone Number:* ____(914) 997 - 5656_____

[x] *Fax Number:* _____(914) 997 - 2444_____

[x] *E-Mail Address:* _____FRudich@lockslawny.com_____ __ _____

Dated: ___July 31, 2008_____  _/s/  Fran L. Rudich_____