**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
RAMON BERRIOS and HECTOR AZCONA
DIAZ Individually and on Behalf of All Other
Persons Similarly Situated,

                   Plaintiffs,

        -against-

DYNAMEX, INC., LANDAUER
METRPOLITAN, INC. and DOES 1 through
100, jointly and severally.

                Defendants.
-----------------------------------------------------------------x

                 **07 CIVIL 9293**

### AMENDED NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ____Fran L. Rudich_____

[x]     *Attorney*

      [x]     I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: ___FR7577_____

      [ ]     I am a Pro Hac Vice attorney

      [ ]     I am a Government Agency attorney

    *Law Firm/Government Agency Association*

    From: _____LOCKS LAW FIRM PLLC_____

    To: _____KLAFTER, OLSEN & LESSER LLP_____

      [x]     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

      [ ]     I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.

[x]     *Address:* ___Klafter, Olsen & Lesser LLP/1311 Mamaroneck Avenue, Suite 220/ White Plains, NY, 10605

x  *Telephone Number:* ____(914) 997 - 5656_____

x  *Fax Number:* _____(914) 997 - 2444_____

x  *E-Mail Address:* _____ FRudich@klafterolsen.com _____ __ _____

Dated: ___July 31, 2008_____ _/s/ Fran L. Rudich_____