**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
RAMON BERRIOS and HECTOR AZCONA
DIAZ Individually and on Behalf of All Other
Persons Similarly Situated,

                        Plaintiffs,                **07 CIVIL 9293**

    -against-

DYNAMEX, INC., LANDAUER
METRPOLITAN, INC. and DOES 1 through
100, jointly and severally.

                        Defendants.
----------------------------------------------------------------x

**AMENDED NOTICE OF CHANGE OF ADDRESS**

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ____Seth R. Lesser_____

[x]    *Attorney*

        [x]    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __SL5560_____

        [ ]    I am a Pro Hac Vice attorney

        [ ]    I am a Government Agency attorney

    *Law Firm/Government Agency Association*

    From: _____LOCKS LAW FIRM PLLC_____

    To: _____KLAFTER, OLSEN & LESSER LLP_____

[x]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.

[x]    *Address:* __Klafter, Olsen & Lesser LLP/1311 Mamaroneck Avenue, Suite 220/ White Plains, NY, 10605

[x] ***Telephone Number:*** ____(914) 997 - 5656_____

[x] ***Fax Number:*** _____ ___(914) 997 - 2444_____ _

[x] ***E-Mail Address:*** _____SLesser@ klafterolsen.com          __ _____

Dated: ___July 31, 2008_____   /s/  Seth R. Lesser_____