UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

---------------------------------------------------------x
RAMON BERRIOS and HECTOR
AZCONA DIAZ Individually and on Behalf
of All Other Persons Similarly Situated,

                              Plaintiffs,

                  -against-

DYNAMEX, INC., LANDAUER
METROPOLITAN, INC. and DOES 1
through 100, jointly and severally,

                             Defendants.
---------------------------------------------------------x

Civ. No.: 07-CV-9293

Sullivan, J.

## STIPULATION AND ORDER OF FINAL DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED by and between Ramon Berrios, Hector Azcona Diaz, Clifford Parker, and Defendants that Counts One and Two of the Complaint (violation of Fair Labor Standards Act and New York Labor Law) be dismissed with prejudice, and that Counts Three and Four be dismissed without prejudice, with no award of attorneys' fees, costs or disbursements by the Court to any Party.

KLAFTER, OLSEN & LESSER, LLP
*Attorneys for Plaintiffs*
1311 Mamaroneck Avenue, Suite 220
White Plains, NY 10605
(914) 997-5656

By: *Fran L. Rudich*
    FRAN RUDICH, ESQ.

JACKSON LEWIS LLP
*Attorneys for Defendants*
58 South Service Road, Suite 410
Melville, NY 11747
(631) 247-0404

By: _____
    PAUL J. SIEGEL, ESQ.
    JEFFREY W. BRECHER, ESQ.

| | |
|---|---|
| **BERGER & GOTTLIEB**<br>*Attorneys for Plaintiffs*<br>150 East 18th Street, Suite PHR<br>New York, NY 10003<br>(212) 228-9795 | **SHUGHART THOMSON & KILROY**<br>*Attorneys for Defendants*<br>Twelve Wyandotte Plaza<br>120 West 12th Street<br>Kansas City, MO 64105<br>(816) 374-0565 |
| By: *Jeffrey Gottlieb* (by FLR)<br>JEFFREY M. GOTTLIEB, ESQ. | By: *Jim Sullivan*<br>JIM SULLIVAN, ESQ. |

SO ORDERED on this 14th day of August, 2008.

_____
U.S.D.J.

[:\Clients\D\89815\117250 - Berrios\Pleadings\Stipulation of Dismissal.doc]